

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

T (212) 218-5500

F (212) 218-5526

jegan@seyfarth.com

T (212) 218-5291

www.seyfarth.com

**VIA ECF AND E-MAIL**

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

> The request is granted.  Defendant's time to respond to the Complaint is extended to April 21, 2025.
>
> SO ORDERED
> March 18, 2025
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

**Re:   *James Murphy v. Aurora University*,**
　　　　**Civil Action No.: 1:24-cv-08936**

Dear Judge Cronan:

　　This firm represents Defendant Aurora University ("Aurora") in the above-referenced matter.  We write, with the consent of Plaintiff James Murphy ("Plaintiff"), to respectfully request an extension of the deadline for Aurora to respond to the Complaint, up to and including April 21, 2025.

　　By way of background, Plaintiff filed the Complaint on or about November 22, 2024. (ECF No. 1.)  On December 30, 2024, Plaintiff filed a Waiver of the Service of Summons under Fed. Rule Civ. P. 4(d) dated December 19, 2024, making Aurora's responsive pleading due on February 18, 2025.  (ECF No. 6.)  The Court granted Aurora's first request for an extension such that Aurora's responsive pleading is currently due on March 20, 2025.  (ECF No. 9.)

　　The parties are presently engaged in settlement discussions.  To facilitate these continued settlement discussions and avoid the expenditure of potentially unnecessary resources, Aurora respectfully requests that the Court provide an additional 30 days, up to and including Monday, April 21, 2025, to respond to the Complaint.

　　This is the second request for an extension of the responsive pleading deadline in this action.  This application is being made in good faith and not to cause undue delay.  If granted, this request will not impact any other scheduled dates or appearances.  The undersigned has conferred with counsel for Plaintiff, and Plaintiff consents to this request.

　　We thank the Court for its time and attention to this matter.



Hon. John P. Cronan
March 17, 2025
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*
John W. Egan

Enclosure

cc:   All counsel of record (via ECF)